SLIP OPINION

Cite as 2014 Ark. 292

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON CRIMINAL JURY
INSTRUCTIONS

**Opinion Delivered** June 19, 2014

## PER CURIAM

Larry D. Kissee, Esq., of Ash Flat, and Daniel Shue, Prosecuting Attorney, are appointed to our Committee on Criminal Jury Instructions for three-year terms to expire on January 31, 2017. We thank these new members for accepting appointment to this committee.

Judge Ralph Wilson, Jr., Judge Robert Wyatt, Judge Tom Cooper, and John Wesley Hall, Esq., are reappointed to our committee for three-year terms to expire on January 31, 2017. We thank these members for their continued service.

We express our gratitude to Judge Charles Yeargan, Gregg Parrish, Esq., and Tom Deen, Prosecuting Attorney, whose terms have expired, for their service to the committee.

We note with appreciation Judge Yeargan's service as the chair of the committee and designate Judge Wilson to succeed him.